**FILED**

05/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0132

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0132

_____

BRYCE EVERETT PETERSON,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

ORDER

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Bryce Everett Peterson, to all counsel of record and to the Honorable Howard F. Recht, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 26 2021